LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail: lleone@leonealberts.com
            kalberts@leonealberts.com

Attorneys for Defendants
MIDDLETOWN UNIFIED SCHOOL DISTRICT and
CATHERINE STONE

THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.G., Individually, and on behalf of her minor son, M.G.,<br><br>         Plaintiffs,<br><br>     vs.<br><br>MIDDLETOWN UNIFIED SCHOOL DISTRICT, a local education agency; LAKE COUNTY SELPA; and CATHERINE STONE, individually,<br><br>         Defendant. | **Case No.:**  19-cv-5605-RMI<br><br>**NOTICE OF APPEARANCE OF KATHERINE A. ALBERTS ON BEHALF OF MIDDLETOWN UNIFIED SCHOOL DISTRICT AND CATHERINE STONE** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

I, Katherine A. Alberts, of Leone & Alberts, hereby enter my appearance as counsel of record for defendants Middletown Unified School District and Catherine Stone in this matter.

I join Louis A. Leone (lleone@leonealberts.com) also with the law firm of Leone & Alberts, in representing the defendants identified above in this action.

I am licensed to practice law in California, and I am admitted to practice in the Northern District of California. I am also a registered ECF user.

My contact information is as follows:

Katherine A. Alberts
Leone & Alberts
1390 Willow Pass Road, Suite 700
Concord, California 94520
Tel: (925) 974-8600
Fax: (925) 974-8601
Email: kalberts@leonealberts.com.

Please serve me, as well as Louis A. Leone, with all pleadings, notices, and other papers in this action.

Dated: October 17, 2019            **LEONE & ALBERTS**

_____
KATHERINE A. ALBERTS, ESQ.
Attorney for Defendants
MIDDLETOWN UNIFIED SCHOOL
DISTRICT and CATHERINE STONE